# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160658(161)
160660

TAXPAYERS FOR MICHIGAN
CONSTITUTIONAL GOVERNMENT, STEVE
DUCHANE, RANDALL BLUM, and SARA
KANDEL,

       Plaintiffs-Appellants,

                                  SC: 160658

v                                    COA: 334663

STATE OF MICHIGAN, DEPARTMENT OF
TECHNOLOGY, MANAGEMENT AND
BUDGET and OFFICE OF AUDITOR
GENERAL,

       Defendants-Appellees.
_____

TAXPAYERS FOR MICHIGAN
CONSTITUTIONAL GOVERNMENT, STEVE
DUCHANE, RANDALL BLUM, and SARA
KANDEL,

       Plaintiffs-Appellees,

                                  SC: 160660

v                                    COA: 334663

STATE OF MICHIGAN, DEPARTMENT OF
TECHNOLOGY, MANAGEMENT AND
BUDGET and OFFICE OF AUDITOR
GENERAL,

       Defendants-Appellants.
_____/

      On order of the Chief Justice, the motion of the Taxpayers United Michigan
Foundation to file a brief amicus curiae is GRANTED. The amicus brief submitted on
February 11, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2020

Clerk